**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Shannan Ellis

                       Plaintiff,

v.                                   Case No.: 1:23−cv−06137

                                   Honorable John J. Tharp Jr.

Hub International Limited

                       Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 27, 2023:

       MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiffs' motion to consolidate [8] is granted. Case numbers 23−cv−06137, 23−cv−6299, 23−cv−6430, and 23−cv−10011 involve common questions of law and fact within the meaning of Fed. R. Civ. P. 42. Pursuant to LR 40.4, the Clerk is directed to transfer case numbers 23−cv−6430, currently before Judge Rowland, and 23−cv−10011, currently before Judge Hunt, to Judge Tharp's docket. Upon transfer of these related cases to this Court#039;s docket, a consolidated amended class action complaint is due by 11/11/23 in case number 23−cv−06137; upon filing of a consolidated complaint, case numbers 23−cv−6299, 23−cv−6430, and 23−cv−10011 will be terminated administratively. The Clerk of the Court is directed to assign any further cases filed arising from an alleged data breach at defendant HUB International Limited reported in or around August 2023 to this Court's docket as related cases. The defendant's motion for extension of time [11] is denied as moot. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.