# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| SHANNAN ELLIS, RICH FREIBERG, CHRISTOPHER ROY, and STEPHEN RIES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HUB INTERNATIONAL LIMITED,<br><br>Defendant. | Hon. John J. Tharp Jr.<br><br>Master File No. 1:23-CV-06137 |

## PLAINTIFFS' UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement, the Declaration of William B. Federman in Support of Plaintiffs' Unopposed Motion for Preliminary Approval, and all prior pleadings and proceedings had herein, Plaintiffs Shannan Ellis, Rich Freiberg, Christopher Roy, and Stephen Ries (collectively, "Plaintiffs") move pursuant to Federal Rule of Civil Procedure 23 for an Order: (1) granting preliminary approval of the proposed class action Settlement; (2) preliminarily certifying a class for purposes of Settlement; (3) appointing Plaintiffs as Settlement Class Representatives; (4) appointing William B. Federman, Tyler J. Bean, and Raina Borrelli as Class Counsel; (5) approving the Parties' proposed form and method of giving notice of the pendency of this action and the Settlement to the Settlement Class; (6) directing that notice be given to the Settlement Class; (7) scheduling a hearing at which time the Court will consider the request for final approval of the Settlement and request for attorneys' fees, expenses,

1

and service awards to Plaintiffs; and (8) granting such other relief and further relief as the Court deems just and proper.

Defendant Hub International Limited does not oppose the relief requested herein.

Date: April 3, 2025

Respectfully Submitted,

By: *William B. Federman*
William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
E: wbf@federmanlaw.com

Raina Borrelli
**STRAUSS BORRELLI, PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: 872.263.1100
E: raina@straussborrelli.com

Mason A Barney
Tyler J. Bean
**SIRI & GLIMSTAD LLP**
745 Fifth Ave., Suite 500
New York, NY 10151
T: (212) 532-1091
E: tbean@sirillp.com

***Proposed Class Counsel***

## <u>CERTIFICATE OF SERIVCE</u>

I hereby certify that on April 3, 2025, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/William B. Federman