**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Shannan Ellis, et al.

Plaintiff,

v.

Case No.: 1:23−cv−06137
Honorable John J. Tharp Jr.

Hub International Limited

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2025:

MINUTE entry before the Honorable John J. Tharp, Jr: The plaintiffs' unopposed motion for preliminary approval of class action settlement [80] is granted. Enter preliminary approval order. A final approval hearing will be held by video conference on 10/6/25 at 10:00 am. In advance of the hearing, all parties and/or counsel for the parties will receive a Webex link via email to participate in the hearing. Members of the public who wish to listen to the proceedings may contact the Courtroom Deputy to receive a link to connect to the conference. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.