**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHANNAN ELLIS, RICH FREIBERG, CHRISTOPHER ROY, and STEPHEN RIES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HUB INTERNATIONAL LIMITED,<br><br>Defendant. | Hon. John J. Tharp Jr.<br><br>Master File No. 1:23-CV-06137 |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Class Representative Service Awards, the Declaration of Class Counsel in Support of Plaintiffs' Motion for Approval of Attorneys' Fees, Costs, and Service Awards, and all prior pleadings and proceedings had herein, Plaintiffs Shannan Ellis, Rich Freiberg, Christopher Roy, and Stephen Ries (collectively, "Plaintiffs") move for an Order approving Plaintiffs' request for: (1) attorneys' fees equivalent to one-third of the net Settlement Fund (*i.e.*, $1,345,018.00); (2) reimbursement of $15,172.93 in litigation expenses; and (3) Class Representative Service Awards in the amount of $3,500.00 to each Class Representative ($14,000.00 in total).

1

Date: July 25, 2025  Respectfully Submitted,

        By: */s/Tyler J. Bean*
           Tyler J. Bean
           **SIRI & GLIMSTAD LLP**
           745 Fifth Ave., Suite 500
           New York, NY 10151
           T: (212) 532-1091
           E: tbean@sirillp.com

           Raina Borrelli
           **STRAUSS BORRELLI, PLLC**
           980 N. Michigan Avenue, Suite 1610
           Chicago, Illinois 60611
           T: (872) 263-1100
           E: raina@straussborrelli.com

           William B. Federman
           **FEDERMAN & SHERWOOD**
           10205 N. Pennsylvania Ave.
           Oklahoma City, OK 73120
           T: (405) 235-1560
           E: wbf@federmanlaw.com

           ***Settlement Class Counsel***

## CERTIFICATE OF SERIVCE

      I hereby certify that on July 25, 2025, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                                              */s/Tyler J. Bean*
                                              Tyler J. Bean