**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHANNAN ELLIS, RICH FREIBERG, CHRISTOPHER ROY, and STEPHEN RIES, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> HUB INTERNATIONAL LIMITED, <br><br> Defendant. | Master File No. 1:23-cv-06137 <br><br> Hon. John J. Tharp Jr. |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Under Federal Rule of Civil Procedure 23(e), Plaintiffs Shannan Ellis, Rich Freiberg, Christopher Roy, and Stephen Ries (collectively, "Plaintiffs"), respectfully move this Court, pursuant to Federal Rule of Civil Procedure 23, for an Order: (i) granting final approval of the proposed Settlement; (ii) certifying the Settlement Class for purposes of Settlement; and (iii) entering Judgment and dismissing all claims. Plaintiffs consulted with Defendant before filing this Motion and it is unopposed.

This Motion is based on (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and its exhibits (filed concurrently herewith); (ii) all prior pleadings and proceedings had herein; (iii) arguments of counsel; and (iv) any other matters properly before the Court.

For the reasons described in Plaintiffs' Memorandum of Law in support of this Motion, Plaintiffs respectfully request that this Court grant the Motion and enter the proposed Order.

Dated: September 15, 2025      By: */s/ Raina C. Borrelli*
                                                Raina C. Borrelli
                                                Samuel J. Strauss
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
sam@straussborrelli.com

William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
F: (405) 239-2112
wbf@federmanlaw.com

Mason A. Barney
Tyler J. Bean
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
T: (212) 532-1091
mbarney@sirillp.com
tbean@sirillp.com

*Attorneys for Plaintiffs and the Proposed Class*

2

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on September 15, 2025, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to counsel of record, below, via the ECF system.

DATED this 15th day of September, 2025.

STRAUSS BORRELLI PLLC

By:  */s/ Raina C. Borrelli*
     Raina C. Borrelli
     raina@straussborrelli.com
     STRAUSS BORRELLI PLLC
     One Magnificent Mile
     980 N Michigan Avenue, Suite 1610
     Chicago IL, 60611
     Telephone: (872) 263-1100
     Facsimile: (872) 263-1109