**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Shannan Ellis, et al.
                            Plaintiff,

v.                                                      Case No.: 1:23–cv–06137
                                                          Honorable John J. Tharp Jr.

Hub International Limited
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 14, 2026:

      MINUTE entry before the Honorable John J. Tharp, Jr: Final Approval hearing held. Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement [94] and Motion for Attorney's Fees and Class Representative Service Awards [91] are granted. Enter Final Approval Order. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.